An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW MARCEWICZ,
                        Appellant,
            vs.
ANCORA WEST ADVISORS, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
                        Respondent.

No. 68380

**FILED**

JUL 20 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____S. Young_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order granting summary judgment and vacating a trial in a breach of contract action. Appellant is proceeding in pro se pursuant to this court's pilot program for civil litigants proceeding without counsel. Our preliminary review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed before the entry of a final written judgment, and is therefore premature. *See* NRAP 4(a)(1); *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). Once the district court has entered final written judgment, any aggrieved party may appeal. Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-21822

cc:     Hon. Elliott A. Sattler, District Judge
        Matthew Marcewicz
        Robison Belaustegui Sharp & Low
        Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A